1  JESSE S. KAPLAN - State Bar No. SBN 103726
   3620 American River Dr., Ste 224
2  Sacramento, CA 95864
   Tel (916) 489-5953
3  Facsimile: (916) 489-9297

4  Attorney for Plaintiff
   KENNETH CHRISTENSEN
5

   RIMAC & MARTIN
6  a Professional Corporation
   ANNA M. MARTIN - State Bar No. 154279
7  WILLIAM REILLY - State Bar No. 177550
   1051 Divisadero Street
8  San Francisco, CA 94115
   Telephone: (415) 561-8440
9  Facsimile: (415) 561-8430

10 Attorneys for Defendant
   UNUM LIFE INSURANCE COMPANY OF AMERICA
11

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

# E-FILED

KENNETH CHRISTENSEN,            )
                                ) **CASE NO. CIV. S-04-1296 WBS KJM**
              Plaintiff,        )
                                ) **STIPULATION OF DISMISSAL WITH**
     vs.                        ) **PREJUDICE AND ORDER**
                                )
UNUM LIFE INSURANCE COMPANY     )
OF AMERICA, et al.,             )
                                )
              Defendant.        )
_____)

-1-

**STIPULATION OF DISMISSAL**                    **CASE NO.  CIV. S-04-1296 WBS KJM**

It is HEREBY STIPULATED between Plaintiff KENNETH CHRISTENSEN and Defendant Unum Life Insurance Company by and through their counsel, that the above-captioned action be and hereby is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii).

**SO STIPULATED.**

LAW OFFICES OF JESSE S. KAPLAN

DATED: April 18, 2005    By:    _____/s/_____
                                JESSE S. KAPLAN
                                Attorney for Plaintiff
                                KENNETH CHRISTENSEN

DATED: April 18, 2005           RIMAC & MARTIN
                                A Professional Corporation

                         By:    _____/s/_____
                                WILLIAM REILLY
                                Attorneys for Defendant
                                UNUM LIFE INSURANCE COMPANY OF AMERICA

**SO ORDERED.**

DATED: April 18, 2005

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL                    CASE NO. CIV. S-04-1296 WBS KJM